

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00423-CV

SOUTHWEST WARREN, INC. AND THOMAS EUGENE MCCAIN, Appellants

V.

THERESA CRAWFORD, Appellee

Appeal from the 149th District Court of Brazoria County.  (Tr. Ct. No. 72986).

This case is an appeal from the final judgment signed by the trial court on April 17, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was reversible error in the trial court's judgment.  Accordingly, the Court **reverses** the trial court's judgment and **remands** the case to the trial court (1) for a hearing on Theresa Crawford's reasonable attorneys' fees incurred in seeking the default judgment to be assessed against Southwest Warren, Inc. and Thomas Eugene McCain and (2) for a new trial.

The Court **orders** that the appellee, Theresa Crawford, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered April 9, 2015.

Panel consists of Justices Jennings, Higley, and Huddle. Opinion delivered by Justice Higley.